# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Krystal Wallace, *individually, and on behalf of a class of similarly situated individuals,*<br><br>      Plaintiff,<br><br>v.<br><br>SharkNinja Operating LLC,<br><br>      Defendant. | 5:18-cv-05221-BLF |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

  IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Krystal Wallace and Defendant SharkNinja Operating LLC, through their respective counsel, that all claims asserted in the Third Amended Class Action Complaint are hereby dismissed with prejudice and without costs.

| KRYSTAL WALLACE | SHARKNINJA OPERATING LLC |
|---|---|
| By her attorneys, | By its attorneys, |
| CAPSTONE LAW APC | SHOOK HARDY & BACON L.L.P. |
| /s/ Steven R. Weinmann<br>Capstone Law APC<br>1875 Century Park East, Suite 1000<br>Los Angeles, California 90067<br>Phone: (310) 556-4811<br>Fax: (310) 943-0396 | /s/ Amir Nassihi<br>One Montgomery<br>Suite 2600<br>San Francisco, CA 94104<br>Phone: (415) 544-1900<br>Fax: (415) 391-0281 |

**SO ORDERED:**

Dated: _____

                            Hon. Beth Labson Freeman
                            U.S. District Court Judge

## **ECF ATTESTATION**

I, Steven R. Weinmann, am the ECF User whose ID and password are being used to file this **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Amir Nassihi, counsel for Defendant, has concurred in this filing.

Dated: March 9, 2021                                                           /s/ *Steven R. Weinmann*